No. 96–271.  REDDING, INDIVIDUALLY AND AS LEGAL GUARD-
IAN OF BELL, A MINOR v. INDEPENDENT SCHOOL DISTRICT NO.
33 OF CREEK COUNTY, OKLAHOMA, ET AL.  Ct. App. Okla.  Cer-
tiorari denied.

No. 96–280.  HAYGOOD ET UX. v. SAVAGE, INDIVIDUALLY AND
AS A LAW ENFORCEMENT OFFICER, FAYETTE COUNTY SHERIFF'S
DEPARTMENT.  C. A. 11th Cir.  Certiorari denied.

No. 96–284.  LAUBE, DBA KIM E. LAUBE CO. v. SUNBEAM
CORP.  C. A. 3d Cir.  Certiorari denied.

No. 96–286.  CITY OF ALBUQUERQUE ET AL. v. CHURCH ON
THE ROCK ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–287.  KLAYMAN & ASSOCIATES, P. C., ET AL. v. BALD-
WIN HARDWARE CORP.  C. A. Fed. Cir.  Certiorari denied.

No. 96–289.  FERGUSON ET AL. v. F. R. WINKLER GMBH &
Co. KG.  C. A. D. C. Cir.  Certiorari denied.

No. 96–291.  WING, ACTING COMMISSIONER, NEW YORK DE-
PARTMENT OF SOCIAL SERVICES v. JAMES SQUARE NURSING
HOME, INC.  C. A. 2d Cir.  Certiorari denied.

No. 96–299.  TRANS WORLD AIRLINES, INC., ET AL. v. SINI-
CROPI ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 96–301.  PETERS v. LOUISIANA.  Ct. App. La., 4th Cir.
Certiorari denied.

No. 96–308.  LOYAL AMERICAN LIFE INSURANCE CO., INC. v.
MATTIACE.  Sup. Ct. Ala.  Certiorari denied.

No. 96–312.  UNITED STATES EX REL. DEVLIN ET AL. v. CALI-
FORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.